ordered, with costs to abide the event. Opinion by Hardin, P. J.

The Village of Little Falls Appellant, v. Charles Cinney, Respondent.— Judgment of the County Court of Herkimer county affirmed, with costs Opinion by Boardman, J.

Frances C. Blackman, Appellant, v. Dwight M. Cavin, Executor, etc., Respondent. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J. and Boardman, J.; Follett, J., not sitting.

Thomas Cornell, Respondent, v. William J. Clark, Sheriff, Appellant. — Motion for a new trial denied, and judgment ordered for plaintiff on the verdict, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

George Crispin, Respondent, v. Benjamin T. Babbitt, Appellant.—Judgment and order affirmed, with costs. Opinion by Follett, J.

William Wilsey, Appellant, v. John Yourden, Respondent — Judgment and order reversed, and a new trial ordered, with costs to abide the event. Opinion by Follett, J.

Rhoda Clark, Respondent, v. The Glens Falls Insurance Company, Appellant. — Order affirmed with costs, on the opinion of Martin, J., at Special Term.

In the Matter of the General Assignment of Samuel Kopelowich and others. — Order affirmed with ten dollars costs and disbursements. Opinion by Follett, J.

J. Daniel Ackerman and others, Appellants, v. Isaac P. Powers, Respondent — Judgment affirmed, with costs. — Opinion by Follett, J.

Daniel Crehange, Appellant, v. Isaac P. Powers, Respondent.— Judgment affirmed, with costs. Opinion by Follett, J.

John Q. Harbottle and others, Appellants, v. John Farrell and others, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.

Clara F. Vischer, Respondent, v. Stanley Bagg, Appellant. — Judgment affirmed, with costs. Opinion by Hardin. P. J.

Joab L. Clift, as Survivor, etc, Respondent, v. George Barrow. Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Francis G. Hall, Respondent, v. The Tioga National Bank of Owego, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Alvin F. Wells, Respondent, v. Abigail E. Sargent, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Jane E. Olive, as Administratrix, etc., Appellant, v. The Whitney Marble Company, Respondent.— Judgment affirmed, with costs. Opinion by Follett, J

The Jefferson County National Bank, Respondent, v. John C. Streeter, Appellant.— Judgment affirmed, with costs. Opinion by Boardman, J.

The Jefferson County National Bank, Respondent, v. Henry C. Normander, Appellant. — Judgment affirmed, with costs. See opinion of Boardman, J., in Bank v. Streeter.

Asa Ellwood and others, Appellants and Respondents. v. Albert Northrup, Respondent and Appellant. — Judgment affirmed, with costs Opinion by Follett, J.

Abram Goodenow, Respondent. v. Norman Billings, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J.

Orlin Holcomb, Respondent, v. The Town of Wilna and others, Appellants. — Order of the Special Term reversed, with ten dollars costs and disbursements, and motion to dissolve the injunction granted, with ten dollars costs. Opinion by Boardman, J.

Christiana Fitzsimmons, Respondent, v. The City of Rome, Appellant.—Judgment and

order affirmed, with costs. Opinion by Follett, J.

Annie H. Tanner, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin P J.

Horace Shoemaker, Respondent, v. Charles Lounsbury and another, Appellants — Judgment of the County Court of Tioga county affirmed, with costs. Opinion by Boardman, J.

Horance Shoemaker, Respondent, v. Charles Lounsbury and another, Appellants. — Judgment affirmed with costs. Opinion by Follett, J.

Martha Albert, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J; Follett, J., not sitting.

Solomon Baldwin, Respondent, v. Rhoda J. Lason, Appellant. — Judgment affirmed. with costs. Opinion by Boardman, J.

T. Jay Griffiths and others, Respondents, v. Julia A Phelps, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

Thomas J. Lewis, Respondent, v. The Delaware and Hudson Canal Company, Appellant. — Judgment and order affirmed, with costs, on opinion of Martin, J., delivered at Special Term.

Francis Greensdale, Respondent, v. James Smith and others, Appellants.—Judgment affirmed, with costs. Opinion by Boardman, J.

Charles A. Burt, Respondent, v. Oneida Community, Limited, and others, Appellants. — Order affirmed with ten dollars costs and disbursements. Opinion by Follett, J.

William H. Brown, Respondent, v. Dennis Rice, Appellant. — Judgment of the County Court of Onondaga county and of the Justice's Court affirmed with costs. Opinion by Hardin, P. J.

Jacob Miller, Appellant, v. The Phœnix Mutual Life Insurance Company, Respondent.—Judgment affirmed, with costs. Opinion by Boardman, J.

Charles W. Osborne, Respondent, v. Nicholas D. Randall, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J., and Follett, J.

William Miller, Respondent, v. Volney J. Hoke and others, Appellants. — Judgment of the County Court of Tioga county affirmed, with costs. Opinion by Boardman, J.

Henry C. Spaulding, Respondent, v. The Equitable Assurance Society of the United States, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Joseph Corl and another, Respondents, v. Harry Corl, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

Charles S. Biddlecom, Appellant, v. Loren F. Shed and others, Respondents. — Judgment affirmed, with costs, on opinion of Merwin, J., delivered at Special Term.

Alice M. Barnes, Respondent, v. Harrison Gilmore, Appellant. — Judgment sustaining the demurrer to the third and fourth counts of the answer reversed, with costs, and demurrer overruled with costs, with leave to the plaintiff to reply on payment of costs of the demurrer and of this appeal. Opinion by Boardman, J.

Paulica W. Kellogg, Appellant, v. D. Kellogg Leitch, Respondent.—Judgment affirmed, with costs. Opinion by Follett, J.

Joseph B. Van Wie, Appellant, v. James J. Murphy, Respondent. — Judgment affirmed, with costs. Opinion by Boardman, J.

Grove F. Strong, Appellant, v. William G. Broad, Respondent.—Judgment of the County Court of Onondaga county affirmed, with costs. Opinion by Follett, J.